**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:25-cr-20303-TLP |
| v. | ) | |
| | ) | |
| JULIAN GATLIN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COMMITMENT UNDER 18 U.S.C. § 4241**

On May 28, 2026, the Court held a competency hearing for Defendant, Julian Gatlin. The Court considered testimony from Lesli Johnson, Ph.D. Dr. Johnson is a forensic psychologist employed by the federal Bureau of Prisons and assigned to the Federal Detention Facility in Houston, Texas. She performed a forensic evaluation for Mr. Gatlin and prepared a forensic evaluation report. (ECF No. 36.) The Court also reviewed the evaluation report. Dr. Johnson concluded that Defendant suffers from a "major mental disorder that would impair his present ability to under the nature and consequences of the court proceedings against him, and his ability to properly assist counsel in his defense." (ECF No. 36 at PageID No. 57.) Dr. Johnson also testified that she believes that proper medication management for Defendant will provide the best chance of restoring Defendant to competency to stand trial.

The Court also considered the behavior of Defendant and the statements of counsel. Counsel for the Government does not contest Defendant's request to remain in the custody of the Attorney General for a period of mental health restoration treatment. The Court finds that Defendant is currently not competent to stand trial.

It is therefore ORDERED, under 18 U.S.C. § 4241(d), that Defendant, Julian Gatlin, be committed to the custody of the Attorney General or his authorized representative for a reasonable period as necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward and until his mental condition is so improved that he may proceed to trial.

**SO ORDERED**, this 1st day of June, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE